UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FLORIDA FAMILY ASSOCIATION,
INC., a Florida non-profit corporation,
and DAVID CATON, an individual,

      Plaintiffs,

v.                                                  Case No.  8:05-cv-2045-T-24 TGW

SCHOOL BOARD OF HILLSBOROUGH
COUNTY,

      Defendant.
_____/

## **O R D E R**

This cause comes before the Court for consideration of Defendant's Motion to Dismiss Second Amended Complaint. (Doc. No. 28). This motion was considered by the United States Magistrate Judge, pursuant to a specific order of referral. (Doc. No. 36). Magistrate Judge Wilson has filed his report recommending that the motion be denied. (Doc. No. 54). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that

        (1)     The Magistrate Judge's Report and Recommendation (Doc. No. 54) is adopted and incorporated by reference in this Order of the Court; and

(2)    Defendant's Motion to Dismiss Second Amended Complaint (Doc. No. 28) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 12th day of December, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Thomas G. Wilson
Counsel of Record